The Supreme Court docket number is SC 16640X01.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

Decided December 4, 2001

JAMES GIULIETTI ET AL. *v.* JOHN L. GIULIETTI ET AL.

The petition of the named defendant, John L. Giulietti, for certification for appeal from the Appellate Court, 65 Conn. App. 813 (AC 20391), is denied.

*John L. Giulietti*, pro se, in support of the petition.

*Michael J. Kopsick*, in opposition.

Decided December 4, 2001